# EXHIBIT 1











